# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARYL CLARKE,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF HAWTHORNE, et al.,<br><br>        Defendants. | Case No. CV 14-7366-GW (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Amended Report and Recommendation of the United States Magistrate Judge. No Objections to the Amended Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

    IT IS ORDERED that: (1) Defendants' Motion for Summary Judgment is GRANTED; and (2) Judgment shall be entered dismissing the action with prejudice.

DATED: January 11, 2021

                                                        GEORGE H. WU
                                      UNITED STATES DISTRICT JUDGE