JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARYL CLARKE,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF HAWTHORNE, et al.,<br><br>        Defendants. | Case No. CV 14-7366-GW (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: January 11, 2021

                                                  GEORGE H. WU<br>                                   UNITED STATES DISTRICT JUDGE